UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE CHAPMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>QUAIL CREEK CONDOMINIUM ASSOCIATION *et al.*,<br><br>                              Defendants. | Case No.:  20-CV-2168-BEN(WVG)<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

On January 27, 2021, the Court held a settlement conference in the above-captioned matter. The parties tentatively resolved this matter in its entirety subject to HOA board approval.

A telephonic status conference is scheduled for **February 9, 2021**, at **8:00 a.m.**  The Court will initiate the call.  **On or before February 3, 2021,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED:  January 27, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge